UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| EASTMAN KODAK COMPANY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>SAMSUNG ELECTRONICS COMPANY, )<br>LTD.; SAMSUNG ELECTRONICS )<br>AMERICA, INC.; SAMSUNG )<br>TELECOMMUNICATIONS AMERICA, )<br>LLC; LG ELECTRONICS, INC.; LG )<br>ELECTRONICS USA, INC.; and LG )<br>ELECTRONICS MOBILECOMM USA, )<br>INC., )<br>)<br>Defendants. ) | Civil Action<br><br>No. 08-CV-6511T |

## STIPULATION AND ORDER

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff Eastman Kodak Company ("Kodak") and Defendants Samsung Electronics Company, Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") having entered into a settlement agreement and term sheets, and each having executed the agreements, hereby stipulate to:

(1) Dismissal with prejudice of all of Kodak's claims against Samsung in this action; and

(2) Dismissal with prejudice of all of Samsung's counterclaims in this action.

Each party will bear its own costs and attorneys' fees.

Case 6:08-cv-06511-MAT   Document 47-2   Filed 02/04/10   Page 2 of 7

Dated: February 3, 2010

By: */s/ Paul J. Yesawich, III*
   Paul J. Yesawich, III
   Laura W. Smalley
   Neal L. Slifkin
   HARRIS BEACH PLLC
   99 Garnsey Road
   Pittsford, New York 14534
   (585) 419-8800 (Telephone)
   (585) 419-8813 (Facsimile)
   pyesawich@harrisbeach.com

   *Admitted Pro Hac Vice:*
   William F. Lee
   John J. Regan
   Michael J. Summersgill
   Monica Grewal
   Richard W. O'Neill
   Kate Saxton
   WILMER CUTLER PICKERING HALE AND DORR LLP
   60 State Street
   Boston, Massachusetts 02109
   (617) 526-6000 (Telephone)
   (617) 526-5000 (Facsimile)

   S. Calvin Walden
   WILMER CUTLER PICKERING HALE AND DORR LLP
   399 Park Avenue
   New York, New York 10022
   (212) 230-8000 (Telephone)
   (212) 230-8888 (Facsimile)

   Grant Rowan
   Nina S. Tallon
   WILMER CUTLER PICKERING HALE AND DORR LLP
   1875 Pennsylvania Ave., NW
   Washington, DC 20006
   (202) 663-6000 (Telephone)
   (202) 663-6363 (Facsimile)

   **Counsel for Plaintiff Eastman Kodak Company**

Dated:  February 3, 2010

By: */s/ David Rothenberg*
    David Rothenberg
    GEIGER AND ROTHENBERG, LLP
    800 Times Square Building
    45 Exchange Street
    Rochester, NY 14614
    (585) 232-1946 (Telephone)
    (585) 232-4746 (Facsimile)

    Robert S. Berezin
    WEIL, GOTSHAL & MANGES LLP
    757 Fifth Avenue
    New York, NY 10153
    (212) 310-8000 (Telephone)
    (212) 833-3007 (Facsimile)

    Ronald J. Pabis
    Brian E. Ferguson
    WEIL, GOTSHAL & MANGES LLP
    1300 Eye Street, N.W., Suite 900
    Washington, D.C. 20005
    (202) 682-7000 (Telephone)
    (202) 857-0940 (Facsimile)

    Matthew D. Powers
    Steven S. Cherensky
    Anne Cappella
    WEIL, GOTSHAL & MANGES LLP
    201 Redwood Shores Parkway
    Redwood Shores, CA 94065
    (650) 802-3000 (Telephone)
    (650) 802-3100 (Facsimile)

    **Counsel for Defendants Samsung Electronics Company, Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC**

SO ORDERED this 4th day of February, 2010

                                           S/ MICHAEL A. TELESCA

                                       United States District Judge